IN THE UNITED STATES DISTRICK COURT
NORTHERN DISTRICT OF OHIO

FILED

AUG 0 1 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

DONALD L. VOS                                  : CHALLANCE UNDER CONSTITUTION
39916 HAZEL RUN ROAD                          : OF OHIO, ARTICLE ONE SECTION 20
HAMMONDSVILLE, OHIO 43930                     : TO DEMOCRATS BEING ALLOWED TO
330-301-4246                                   : REPLACE JOE BIDEN WITH  HARRIS
PLAINTIFF                                      : AND OR ANY OTHER DEMOCRAT AS
Pro-Se                                         : CANADATE FOR PRESIDENT AS
                                               : UNCONSTITUTIONAL.
                                               :
FRANK LAROSE,                                  :
STATE OF OHIO SECRETARY OF STATE              : SEEKING A TEMPORAY RESTRAINING
180 E. BROAD STREET #16                       : ORDER AND OR A PERMENATE
COLUMBUS, OHIO 43215                          : INJUNCTION CLAIMING  ANY
DEFENDANT.                                      : REPLACEMENT OF DEMOCRAT FOR
                                               : JOE BIDEN

4:24CV01320

JUDGE POLSTER
**MAG JUDGE GRIMES**

Comes now, DONALD L. VOS and files this Challance of the Constitutionality of the act to replace Joe Biden as Runner for President in Ohio as Unconstitutional and offers the following in the support thereof:

The Federal  Court has Jurisdiction because,

The parties runnng for President and Vice President for  the  Democrats live outside the state of Ohio while  Donald  L. Vos lives in Ohio.

Donald L.Vos  is claiming the act to replace Joe Biden as Runner for President is Unconstitutional under Ohio Constitution  Article 1 Section 20.

The Plaintiff is asking the Court who has pendant Jurisdiction to rule under the State of Ohio's Constitution.

The Ohio Constitution Article 1 Section 20 States:

Powers reserved to the people.

This enumeration of rights shall not be construed to impair or deny others retained by the people; and all powers,not herein delegated, remain with the people.

CASE NOTE AND OAG

1.  The sovereign people have the inherent right under our form of government to declare, by

their constitution, any act or acts unlawful:  Hoffrichter v. State, 102 OS 65;  130 NE 157; 31 OCA 410;  32 OCA 77; 35 CD 449; 66 Bull 165

2.    Article 1 Section 20 of the constitution of Ohio makes the Ohio Constitution a document of delegated powers: State ex rel A. Bently &c. Co. v. Pierce, 96 OS 44; 117 NE 6.

3 Since this section of the constitution expressly excludes from the legislative department the exercise of any power which is not delegated to it in the constitution, the authorityof a single branch of the legislature to act seperately must be found in the constitution: State ex re Robertson Realty Co. v. Guilbert, 75 OS 1;  78 NE 931.

As Joe Biden bowed out of the race for President the only 2 people that can be in the race for President for 2024 can be  Kennedy and Trump.

WHEREFORE, as there is no place written in the Ohio Constitution that allows the  for the President to bow out of the race for President in 2024 and to be replaced by any other Democrat, The Plaintiff hereby request that the Federal Court find the act of replacing Joe Biden in Ohio's election to be unconstitutional and hereby requests a temporary restraining order and or a perminate injuction preventing the Secretary of the State of Ohio from  allowing any othenr Democrat to replace JoeBiden in the Race for President in the 2024 Election.

Respectfully Submitted,

Donald L. Vos
39916 Hazel Run Road
Hammondsville, Ohio 43930
330-301-4246