IN THE UNITED STATES DISTRICK COURT
NORTHERN DISTRICT OF OHIO

DONALD L. VOS
39916 HAZEL RUN ROAD
HAMMONDSVILLE, OHIO 43930
330-301-4246
PLAINTIFF
Pro-Se

FRANK LAROSE,
STATE OF OHIO SECRETARY OF STATE
180 E. BROAD STREET #16
COLUMBUS, OHIO 43215
DEFENDANT.

CASE NO: 4:24CV01320

REQUEST TO FILE in forma pauperis

JUDGE POLSTER

MAG JUDGE GRIMES

FILED AUG 01 2024 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO YOUNGSTOWN

Comes now, the Plaintiff, Donald L. Vos and files this request to file in forma pauperis and offers the following in the support thereof:

1. The Plaintiff, Donald L. Vos gets $1,020.00 per Month as an income from Social Security.
2. The Plaintiff, falls below the Federal Poverty Guidelines.
3. The Plaintiff cannot pay the cost to prosecute this Civil Action.
4. The Plaintiff Gets $147.00 in Food Stamps.

WHEREFORE, the Plaintiff, Donald L. Vos respectfully request that he be allowed to file this Civil Action in the Northern District of The United States Federal Court, in forma pauperis.

Respectfully Submitted,

_____
DONALD L. VOS
39916 Hazel Run Road
Hammondsville, Ohio 43930
330-301-4246